# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　*Plaintiff*<br><br>v.<br><br>DANNY ALIRES,<br>　*Defendant* | Case No. 1:21-CR-70-LY |

## O R D E R

Before the Court is Defendant Danny Alires' Motion for New Counsel, filed June 30, 2021 (Dkt. 24). The District Court referred the Motion to the undersigned Magistrate Judge for resolution (Dkt. 25). The Court held a hearing on the Motion on July 9, 2021, during which Defendant requested appointment of a new attorney. The Government does not oppose the Motion.

Having considered the Motion, the undersigned finds that there is good cause to grant the Motion and to appoint new counsel, and that Defendant has received notice. **IT IS THEREFORE ORDERED** that Supervisory Assistant Federal Public Defender Horatio R. Aldredge is hereby **WITHDRAWN** as Defendant's counsel of record.

Consistent with the Court's Order Regarding Financial Status (Dkt. 10), **IT IS FURTHER ORDERED** that Hipolito Gonzalez III (Texas Bar No. 24047760) is hereby **APPOINTED** to represent Defendant.

**SIGNED** on July 9, 2021.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE